

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00507-CV

**IN RE** Elisha **WILLIAMS**

Original Proceeding[1]

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
          Adrian A. Spears, Justice
          H. Todd McCray, Justice

Delivered and Filed: August 20, 2025

PETITION FOR WRIT OF MANDAMUS AND REQUEST FOR EMERGENCY STAY DENIED

      Relator filed her petition for writ of mandamus and request for emergency stay on August 6, 2025. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* Tex. R. App. P. 52.8(a). Relator's request for a temporary stay is **DENIED AS MOOT**.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2022-CI-01007, styled *Michelle Henges and Christopher Monita v. Elisha Williams*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.